IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SALEM AL MOHAMMED,
A# 75-027-893,

        Petitioner,

v.

BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,

        Respondent.

05-CV-0665 A (F)

### ORDER

The respondent, by counsel, Kathleen M. Mehltretter, Acting United States Attorney in and for the Western District of New York, Monica J. Richards, Assistant United States Attorney, of counsel, has moved to dismiss the action as moot in light of the fact that petitioner, Salam Al Mohammed, has been released from administrative detention. Docket No. 4. In light of petitioner's release from detention and due to petitioner's failure to file any response to the motion as directed by Order dated November 21, 2005 (Docket No. 8), the petition is hereby dismissed without prejudice.

**DATED:** Buffalo, New York, January 12, 2006.

        **SO ORDERED:**

        _/s/ Richard J. Arcara_