AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 05-CV-665A

Salem Al Mohammed

v.

Bureau of Immigration and Customs Enforcement

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice.

Date: 1/17/06                                RODNEY C. EARLY, CLERK

                                By:   s/Deborah M. Zeeb
                                        Deputy Clerk